1  LAWRENCE K. ROCKWELL, #72410
   JOHN C. KIRKE, #175055
2  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
3  300 Lakeside Drive, Suite 1900
   Oakland, California 94612-3570
4  P.O. Box 12979
   Oakland, California 94604-2979
5  Telephone:  (510) 451-0544
   Facsimile:  (510) 832-1486
6
   Attorneys for Defendants
7  UNISYS CORP., DELL, DELL U.S.A.,
   DELL COMPUTER CORP. and DELL
8  MARKETING L.P.

9
                    UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12
                                              *E-FILED - 9/1/05*
13
   EAGLE EMBLEMS, INC., J & S           CASE NO. C04 03175 RNW ARB
14 SURPLUS,
                                        STIPULATION AND [PROPOSED] ORDER
15              Plaintiffs,             REGARDING CONTINUANCE OF CASE
                                        MANAGEMENT CONFERENCE
16       v.
                                        Complaint Filed:  June 25, 2004
17 DELL, DELL U.S.A., DELL COMPUTER     Trial Date:  None set
   CORP., DELL MARKETING CORP.,
18 UNISYS CORP. and DOES 1 TO 20,

19              Defendants.

20
21
22
23
24
25
26
27
28

1  WHEREAS, the Case Management Conference in this matter was continued until
2  September 2, 2005;

3  WHEREAS, plaintiffs' counsel, due to prior commitments, will be unavailable on
4  September 2, 2005;

5  WHEREAS, defendants and plaintiffs met and conferred regarding the scheduling
6  conflict;

7  WHEREAS, the schedules of the Court and counsel apparently show that October 14,
8  2005, is available;

9  The parties, subject to the approval of the Court, hereby stipulate that the Case
10 Management Conference is continued until October 14, 2005, at 10:30 a.m.

11 IT IS SO STIPULATED.

12 Dated: August 24, 2005            DONAHUE GALLAGHER WOODS LLP

14                                    By: _____
15                                    John C. Kirke
                                      Attorneys for Defendants
16                                    UNISYS CORP., DELL, DELL U.S.A., DELL
                                      COMPUTER CORP. and DELL MARKETING
17                                    L.P.

18 Dated: August 24, 2005            BECK & MATHIESEN

20                                    By: _____
21                                    David R. Beck
                                      Attorneys for Plaintiffs
22                                    EAGLE EMBLEMS, INC., J & S SURPLUS

23 PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 Dated: September 1, 2005

25                                    Ronald M. Whyte
                                      United States District Court Judge

*APPROVED — Judge Ronald M. Whyte*

-1-

STIPULATION AND ORDER RE CONTINUANCE                CASE NO. C04-03175 RMW