| | |
|---|---|
| 1 | LAWRENCE K. ROCKWELL, #72410 |
| | JOHN C. KIRKE, #175055 |
| 2 | DONAHUE GALLAGHER WOODS LLP |
| | Attorneys at Law |
| 3 | 300 Lakeside Drive, Suite 1900 |
| | Oakland, California 94612-3570 |
| 4 | P.O. Box 12979 |
| | Oakland, California 94604-2979 |
| 5 | Telephone: (510) 451-0544 |
| | Facsimile: (510) 832-1486 |

Attorneys for Defendants
UNISYS CORP., DELL, DELL U.S.A.,
DELL COMPUTER CORP. and DELL
MARKETING L.P.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/27/06*

| | |
|---|---|
| EAGLE EMBLEMS, INC., J & S SURPLUS, | CASE NO. C04 03175 RNW ARB |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | Complaint Filed: June 25, 2004 |
| DELL, DELL U.S.A., DELL COMPUTER CORP., DELL MARKETING CORP., UNISYS CORP. and DOES 1 TO 20, | Trial Date: None set |
| Defendants. | |

1  WHEREAS, plaintiffs are proceeding with their claims against defendants in arbitration;

2  WHEREAS, none of the parties wish to raise any issues with the Court at the Case Management Conference currently scheduled for April 28, 2006;

The parties, subject to the approval of the Court, hereby stipulate that the Case Management Conference is continued until October 27, 2006, at 10:30 a.m. No further continuances. (RMW)

IT IS SO STIPULATED.

Dated: April 26, 2006                DONAHUE GALLAGHER WOODS LLP


By: _____
John C. Kirke
Attorneys for Defendants
UNISYS CORP., DELL, DELL U.S.A., DELL COMPUTER CORP. and DELL MARKETING L.P.


Dated: April 26, 2006                BECK & MATHIESEN


By: _____
David R. Beck
Attorneys for Plaintiffs
EAGLE EMBLEMS, INC., J & S SURPLUS


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __4/27__, 2006                /S/ RONALD M. WHYTE
                                     Ronald M. Whyte
                                     United States District Court Judge

-1-

STIPULATION AND ORDER RE CONTINUANCE                 Case No. C04 03175 RMW ARB

1     WHEREAS, plaintiffs are proceeding with their claims against defendants in arbtiration;

2     WHEREAS, none of the parties wish to raise any issues with the Court at the Case Management Conference currently scheduled for April 28, 2006;

    The parties, subject to the approval of the Court, hereby stipulate that the Case Management Conference is continued until October 27, 2006, at 10:30 a.m.

    IT IS SO STIPULATED.

Dated: April 26, 2006          DONAHUE GALLAGHER WOODS LLP

By: _____
John C. Kirke
Attorneys for Defendants
UNISYS CORP., DELL, DELL U.S.A., DELL COMPUTER CORP. and DELL MARKETING L.P.

Dated: April 26, 2006          BECK & MATHIESEN

By: _____
David R. Beck
Attorneys for Plaintiffs
EAGLE EMBLEMS, INC., J & S SURPLUS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2006         _____
Ronald M. Whyte
United States District Court Judge