1  LAWRENCE K. ROCKWELL, #72410
   JOHN C. KIRKE, #175055
2  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
3  300 Lakeside Drive, Suite 1900
   Oakland, California  94612-3570
4  P.O. Box 12979
   Oakland, California  94604-2979
5  Telephone:   (510) 451-0544
   Facsimile:    (510) 832-1486
6
   Attorneys for Defendants
7  UNISYS CORP., DELL, DELL U.S.A.,
   DELL COMPUTER CORP. and DELL
8  MARKETING L.P.

9

10                     UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13                                            *E-FILED - 4/25/07*

| 14 | EAGLE EMBLEMS, INC., J & S SURPLUS, | CASE NO. C04 03175 RNW ARB |
|---|---|---|
| 15 | | STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| 16 | Plaintiffs, | |
| 17 | v. | Complaint Filed:  June 25, 2004 |
| 18 | DELL, DELL U.S.A., DELL COMPUTER CORP., DELL MARKETING CORP., UNISYS CORP. and DOES 1 TO 20, | Trial Date:  None set |
| 19 | | |
| 20 | Defendants. | |

1  WHEREAS, plaintiffs are proceeding with their claims against defendants in arbitration;

2  WHEREAS, the parties attended a mediation in February 2007 before California Court of
3  Appeal Justice Chris Cottle (ret.);

4  WHEREAS, the parties are proceeding with discovery and have selected an arbitrator,
5  Thomas Hogan;

6  WHEREAS, none of the parties wish to raise any issues with the Court at the Case
7  Management Conference currently scheduled for April 27, 2007;

8  The parties, subject to the approval of the Court, hereby stipulate that the Case
9  Management Conference is continued until October 26, 2007, at 10:30 a.m.

10  IT IS SO STIPULATED.

11  Dated: April 17, 2007                    DONAHUE GALLAGHER WOODS LLP

12
13                                           By: _____
14                                           John C. Kirke
                                             Attorneys for Defendants
                                             UNISYS CORP., DELL, DELL U.S.A., DELL
15                                           COMPUTER CORP. and DELL MARKETING
                                             L.P.
16

17  Dated: April 17, 2007                    BECK & MATHIESEN

18
19                                           By: _____
                                             David R. Beck
20                                           Attorneys for Plaintiffs
                                             EAGLE EMBLEMS, INC., J & S SURPLUS
21

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  Dated: April 25, 2007                    _____
                                             Ronald M. Whyte
24                                           United States District Court Judge

25
26
27
28

-1-
STIPULATION AND ORDER RE CONTINUANCE                            CASE NO. C04 03175 RMW
                                                                                    ARB