| | |
|---|---|
| 1 | LAWRENCE K. ROCKWELL, #72410 |
|   | JOHN C. KIRKE, #175055 |
| 2 | DONAHUE GALLAGHER WOODS LLP |
|   | Attorneys at Law |
| 3 | 300 Lakeside Drive, Suite 1900 |
|   | Oakland, California 94612-3570 |
| 4 | P.O. Box 12979 |
|   | Oakland, California 94604-2979 |
| 5 | Telephone:   (510) 451-0544 |
|   | Facsimile:    (510) 832-1486 |

Attorneys for Defendants
UNISYS CORP., DELL, DELL U.S.A.,
DELL COMPUTER CORP. and DELL
MARKETING L.P.

*E-FILED - 10/30/07*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EAGLE EMBLEMS, INC., J & S SURPLUS, | CASE NO. C04 03175 RMW XXXX ARB |
| Plaintiffs, | STIPULATION AND xxxxxxxxxxxxxxxx ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | Complaint Filed:   June 25, 2004 |
| DELL, DELL U.S.A., DELL COMPUTER CORP., DELL MARKETING CORP., UNISYS CORP. and DOES 1 TO 20, | Trial Date:   None set |
| Defendants. | |

1  WHEREAS, plaintiffs are proceeding with their claims against defendants in arbitration;

2  WHEREAS, the parties attended a mediation in February 2007 before California Court of Appeal Justice Chris Cottle (ret.);

4  WHEREAS, the parties are proceeding with discovery and have selected an arbitrator, Thomas Hogan;

6  WHEREAS, none of the parties wish to raise any issues with the Court at the Case Management Conference currently scheduled for October 26, 2007;

8  The parties, subject to the approval of the Court, hereby stipulate that the Case Management Conference is continued until April 18, 2008, at 10:30 a.m.

10  IT IS SO STIPULATED.

11  Dated: October 22, 2007          DONAHUE GALLAGHER WOODS LLP

By: /s/ John C. Kirke
John C. Kirke
Attorneys for Defendants
UNISYS CORP., DELL, DELL U.S.A., DELL COMPUTER CORP. and DELL MARKETING L.P.

17  Dated: October 22, 2007          BECK & MATHIESEN

By: /s/ David R. Beck
David R. Beck
Attorneys for Plaintiffs
EAGLE EMBLEMS, INC., J & S SURPLUS

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  Dated: October 30, 2007

Ronald M. Whyte
United States District Court Judge

-1-