```
David R. Beck, SBN 124372
Beck & Mathiesen, APC
700 Frederick St., Ste. 306
Santa Cruz, CA 95062
(831)429-0181

Attorneys for Plaintiffs
EAGLE EMBLEMS, INC., J& S                    *E-FILED - 4/17/08*
SURPLUS
```

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EAGLE EMBLEMS, INC., J& S SURPLUS, | CASE NO. C04 03175 RMW |
| Plaintiffs, | STIPULATION AND ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | |
| DELL, DELL U.S., DELL COMPUTER CORP., DELL MARKETING CORP., UNISYS CORP. and DOES 1 TO 20, | Complaint Filed: June 25, 04<br>Trial Date:   None Set |
| Defendants. | |

1  WHEREAS, plaintiffs are proceeding with their claims
2  against defendants in arbitration;
3  WHEREAS, THE PARTIES ATTENDED A MEDIATION IN February 2007
4  before California Court of Appeal Justice Chris Cottle(ret.);
5  WHEREAS, the parties are proceeding with discovery and
6  have selected an arbitrator, Thomas Hogan;
7  WHEREAS, none of the parties wish to rais any issues with
8  the Court at the Case Management Conference currently scheduled
9  for April 18, 2008;
10 The parties, subject to the approval of the Court, hereby
11 stipulate that the Case Management Conference is continued
12 until August 22, 2008, at 10:30 a.m..
13 IT IS SO STIPULATED.
14
15 Dated: April 8, 2008           DONAHUE GALLAGHER WOODS, LLP.
16
17                                By: _____
18                                John C. Kirke
                                   Attorneys for Defendants
19                                 UNISYS CORP., DELL, DELL
                                   U.S.A., DELL COMPUTER CORP.
20                                 and DELL MARKETING L.P.

21 Dated: April 8, 2008           BECK & MATHIESEN
22
23                                By: _____
                                   David R. Beck
24                                 Attorneys for Plaintiffs
                                   EAGLE EMBLEMS, INC., J & S
25                                 SURPLUS
26
27
28

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 4/17/08                By: *Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge