```
 1  David R. Beck, SBN 124372
    Beck & Mathiesen, APC
 2  700 Frederick St., Ste. 306
 3  Santa Cruz, CA 95062
    (831)429-0181
 4
    Attorneys for Plaintiffs
 5  EAGLE EMBLEMS, INC., J& S              *E-FILED - 8/19/08*
 6  SURPLUS
 7
                    UNITED STATES DISTRICT COURT
 8
                FOR NORTHERN DISTRICT OF CALIFORNIA
 9
                         SAN JOSE DIVISION
10
11
    EAGLE EMBLEMS, INC., J& S      )    CASE NO. C04 03175 RMW
12  SURPLUS,                       )
                                   )    STIPULATION AND ORDER
13              Plaintiffs,        )    REGARDING CONTINUANCE
                                   )    OF CASE MANAGEMENT
14       v.                        )    CONFERENCE
15                                 )
    DELL, DELL U.S., DELL COMPUTER )
16  CORP., DELL MARKETING CORP.,   )    Complaint Filed: June 25, 04
17  UNISYS CORP. and DOES 1 TO 20, )    Trial Date:      None Set
                                   )
18              Defendants.        )
                                   )
19
```

1. WHEREAS, plaintiffs are proceeding with their claims against defendants in arbitration;

2. WHEREAS, THE PARTIES ATTENDED A MEDIATION IN February 2007 before California Court of Appeal Justice Chris Cottle (ret.);

3. WHEREAS, the parties are proceeding with discovery and have selected an arbitrator, Thomas Hogan;

4. WHEREAS, none of the parties wish to raise any issues with the Court at the Case Management Conference currently scheduled for August 22, 2008;

The parties, subject to the approval of the Court, hereby stipulate that the Case Management Conference is continued until February 20, 2009, at 10:30 a.m..

IT IS SO STIPULATED.

Dated: August 6, 2008

DONAHUE GALLAGHER WOODS, LLP.

By: _____
John C. Kirke
Attorneys for Defendants
UNISYS CORP., DELL, DELL
U.S.A., DELL COMPUTER CORP.
and DELL MARKETING L.P.

Dated: August 5, 2008

BECK & MATHIESEN

By: _____
David R. Beck
Attorneys for Plaintiffs
EAGLE EMBLEMS, INC., J & B
SURPLUS

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 8/19/08                By: *Ronald M. Whyte*
                                  Ronald M. Whyte
                                  United States District Court
                                  Judge