```
 1  David R. Beck, SBN 124372
 2  Beck & Mathiesen, APC
    700 Frederick St., Ste. 306
 3  Santa Cruz, CA 95062
    (831) 429-0181
 4
    Attorneys for Plaintiffs
 5  EAGLE EMBLEMS, INC., J & S
 6  SURPLUS
```

*E-FILED - 2/19/09*

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EAGLE EMBLEMS, INC., J & S SURPLUS, | CASE NO. C04 03175 RMW |
| Plaintiffs, | STIPULATION AND ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | |
| DELL, DELL U.S., DELL COMPUTER CORP., DELL MARKETING CORP., UNISYS CORP. and DOES 1 TO 20, | Complaint Filed: June 25, 04<br>Trial Date: None Set |
| Defendants. | |

1  WHEREAS, plaintiffs are proceeding with their claims against
2  defendants in arbitration;
3  WHEREAS, THE PARTIES ATTENDED A MEDIATION IN February 2007
4  before California Court of Appeal Justice Chris Cottie(ret.);
5  
6  WHEREAS, the parties are proceeding with discovery and have
7  selected an arbitrator, Thomas Hogan;
8  WHEREAS, none of the parties wish to raise any issues with
9  the Court at the Case Management Conference currently scheduled
10 for February 20, 2009;
11 
12 The parties, subject to the approval of the Court, hereby
13 stipulate that the Case Management Conference is continued until
14 August 21, 2009, at 10:30 a.m..
15 IT IS SO STIPULATED.
16 
17 Dated: February 10, 2009        DONAHUE GALLAGHER WOODS, LLP.
18 
19 
20                                 By: _____
                                    John C. Kirke
21                                  Attorneys for Defendants
                                    UNISYS CORP., DELL, DELL
22                                  U.S.A., DELL COMPUTER CORP.
                                    and DELL MARKETING L.P.
23 
24 Dated: February 9, 2009          BECK & MATHIESEN
25 
26 
                                    By: _____
27                                  David R. Beck
                                    Attorneys for Plaintiffs
28                                  EAGLE EMBLEMS, INC., J & S
                                    SURPLUS

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 2/19/09

By: *Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge