David R. Beck, SBN 124372
Beck & Mathiesen, APC
700 Frederick St., Ste. 306
Santa Cruz, CA 95062
(831)429-0181

Attorneys for Plaintiffs
EAGLE EMBLEMS, INC., J& S SURPLUS

*E-FILED - 8/19/09*

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| EAGLE EMBLEMS, INC., J& S SURPLUS,<br><br>Plaintiffs,<br><br>v.<br><br>DELL, DELL U.S., DELL COMPUTER CORP., DELL MARKETING CORP., UNISYS CORP. and DOES 1 TO 20,<br><br>Defendants. | CASE NO. C04 03175 RMW<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: June 25, 04<br>Arb. Date: February 10, 2010 |

1    WHEREAS, plaintiffs are proceeding with their claims against
2 defendants in arbitration;
3    WHEREAS, THE PARTIES ATTENDED A MEDIATION IN February 2007
4 before California Court of Appeal Justice Chris Cottle(ret.);
5    WHEREAS, the parties have selected an arbitrator, Thomas
6 Hogan, set for February 8, 2010;
7    WHEREAS, none of the parties wish to raise any issues with
8 the Court at the Case Management Conference currently scheduled
9 for August 21, 2009;
10    The parties, subject to the approval of the Court, hereby
11 stipulate that the Case Management Conference is continued until
12 April 10, 2010, at 10:30 a.m..
13    IT IS SO STIPULATED.
14
15 Dated: August 7, 2009        DONAHUE GALLAGHER WOODS, LLP.
16
17                              By: _____
18                              John C. Kirke
                                Attorneys for Defendants
19                              UNISYS CORP., DELL, DELL
                                U.S.A., DELL COMPUTER CORP.
20                              and DELL MARKETING L.P.

21 Dated: August 7, 2009        BECK & MATHIESEN
22
23                              By: _____
24                              David R. Beck
                                Attorneys for Plaintiffs
25                              EAGLE EMBLEMS, INC., J & S
                                SURPLUS
26
27

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 8/19/09          By: *Ronald M. Whyte*
                            Ronald M. Whyte
                            United States District Court Judge