1 David R. Beck, SBN 124372
2 Beck & Mathiesen, APC
700 Frederick St., Ste. 306
3 Santa Cruz, CA 95062
(831)429-0181
4

5 Attorneys for Plaintiffs
EAGLE EMBLEMS, INC., J& S
6 SURPLUS

*E-FILED - 8/19/09*

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| EAGLE EMBLEMS, INC., J& S SURPLUS, <br><br> Plaintiffs, <br><br> v. <br><br> DELL, DELL U.S., DELL COMPUTER CORP., DELL MARKETING CORP., UNISYS CORP. and DOES 1 TO 20, <br><br> Defendants. | CASE NO. C04 03175 RMW <br><br> STIPULATION AND ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE <br><br> Complaint Filed: June 25, 04 <br> Arb. Date: February 10, 2010 |

1  WHEREAS, plaintiffs are proceeding with their claims against
2  defendants in arbitration;
3  WHEREAS, THE PARTIES ATTENDED A MEDIATION IN February 2007
4  before California Court of Appeal Justice Chris Cottle (ret.);
5  WHEREAS, the parties have selected an arbitrator, Thomas
6  Hogan, set for February 5, 2010;
7  WHEREAS, none of the parties wish to raise any issues with
8  the Court at the Case Management Conference currently scheduled
9  for August 21, 2009;
10  The parties, subject to the approval of the Court, hereby
11  stipulate that the Case Management Conference is continued until
12  April 10 ~~X~~ 2010, at 10:30 a.m..
13  IT IS SO STIPULATED.

14
15  Dated: August 7, 2009         DONAHUE GALLAGHER WOODS, LLP.
16
17                                By: _____
18                                John C. Kirke
                                  Attorneys for Defendants
19                                UNISYS CORP., DELL, DELL
                                  U.S.A., DELL COMPUTER CORP.
20                                and DELL MARKETING L.P.

21  Dated: August 7, 2009         BECK & MATHIESEN
22
23                                By: _____
24                                David R. Beck
                                  Attorneys for Plaintiffs
25                                EAGLE EMBLEMS, INC., J & S
                                  SURPLUS
26
27

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 8/19/09

By: *Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge