David R. Beck, SBN 124372
Beck & Mathiesen, APC
700 Frederick St., Ste. 306
Santa Cruz, CA 95062
(831) 429-0181

Attorneys for Plaintiffs
EAGLE EMBLEMS, INC., J& S SURPLUS

*E-FILED - 2/26/10*

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| EAGLE EMBLEMS, INC., J& S SURPLUS,<br><br>Plaintiffs,<br><br>v.<br><br>DELL, DELL U.S., DELL COMPUTER CORP., DELL MARKETING CORP., UNISYS CORP. and DOES 1 TO 20,<br><br>Defendants. | CASE NO. C04 03175 RMW<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: June 25, 04<br>Arb. Date: February 10, 2010 |

1  WHEREAS, plaintiffs are proceeding with their claims against
2  defendants in arbitration;
3  WHEREAS, THE PARTIES ATTENDED A MEDIATION IN February 2007
4  before California Court of Appeal Justice Chris Cottle(ret.);
5  WHEREAS, the parties have selected an arbitrator, Thomas
6  Hogan, set for February 5, 2010;
7  WHEREAS, none of the parties wish to raise any issues with
8  the Court at the Case Management Conference currently scheduled
9  for August 21, 2009;
10  The parties, subject to the approval of the Court, hereby
11  stipulate that the Case Management Conference is continued until
12  April 9, 2010, at 10:30 a.m..
13  IT IS SO STIPULATED.

14
15  Dated: August 7, 2009          DONAHUE GALLAGHER WOODS, LLP.
16
17                                 By: _____
18                                 John C. Kirke
                                   Attorneys for Defendants
19                                 UNISYS CORP., DELL, DELL
                                   U.S.A., DELL COMPUTER CORP.
20                                 and DELL MARKETING L.P.

21  Dated: August 7, 2009          BECK & MATHIESEN
22
23                                 By: _____
24                                 David R. Beck
                                   Attorneys for Plaintiffs
25                                 EAGLE EMBLEMS, INC., J & S
                                   SURPLUS
26
27

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 2/26/10

By: *Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge