1 David R. Beck, SBN 124372
2 Beck & Mathiesen, APC
  700 Frederick St., Ste. 306
3 Santa Cruz, CA 95062
  (831)429-0181
4
                                              ***E-FILED - 2/26/10***
5 Attorneys for Plaintiffs
  EAGLE EMBLEMS, INC., J& S
6 SURPLUS

7
8           UNITED STATES DISTRICT COURT
          FOR NORTHERN DISTRICT OF CALIFORNIA
9                 SAN JOSE DIVISION

10 EAGLE EMBLEMS, INC., J& S     )    CASE NO. C04 03175 RMW
   SURPLUS,                      )
11                               )
                                 )    STIPULATION AND ORDER
12              Plaintiffs,      )    REGARDING CONTINUANCE
                                 )    OF CASE MANAGEMENT
13       v.                      )    CONFERENCE
                                 )
14 DELL, DELL U.S., DELL COMPUTER )
   CORP., DELL MARKETING CORP.,  )
15 UNISYS CORP. and DOES 1 TO 20, )   Complaint Filed: June 25, 04
                                 )    Arb. Date: February 10, 2010
16                               )
                Defendants.      )
17 _____ )

18
19
20
21
22
23
24
25
26
27

1   WHEREAS, plaintiffs are proceeding with their claims against
2   defendants in arbitration;
3   WHEREAS, THE PARTIES ATTENDED A MEDIATION IN February 2007
4   before California Court of Appeal Justice Chris Cottle (ret.);
5   WHEREAS, the parties have selected an arbitrator, Thomas
6   Hogan; set for February 5, 2010;
7   WHEREAS, none of the parties wish to raise any issues with
8   the Court at the Case Management Conference currently scheduled
9   for August 21, 2009;
10   The parties, subject to the approval of the Court, hereby
11   stipulate that the Case Management Conference is continued until
12   April 9, 2010, at 10:30 a.m..
13   IT IS SO STIPULATED.

14
15   Dated: August 7, 2009        DONAHUE GALLAGHER WOODS, LLP.
16
17                                By: _____
18                                John C. Kirke
                                  Attorneys for Defendants
19                                UNISYS CORP., DELL, DELL
                                  U.S.A., DELL COMPUTER CORP.
20                                and DELL MARKETING L.P.

21   Dated: August 7, 2009        BECK & MATHIESEN
22
23                                By: _____
24                                David R. Beck
                                  Attorneys for Plaintiffs
25                                EAGLE EMBLEMS, INC., J & S
                                  SURPLUS
26
27

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 2/26/10

By: *Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge