1  LAWRENCE K. ROCKWELL, #72410
   JOHN C. KIRKE, #175055
2  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
3  300 Lakeside Drive, Suite 1900
   Oakland, California  94612-3570
4  P.O. Box 12979
   Oakland, California  94604-2979
5  Telephone:     (510) 451-0544
   Facsimile:      (510) 832-1486
6
   Attorneys for Defendants
7  UNISYS CORP., DELL, DELL U.S.A.,
   DELL COMPUTER CORP. and DELL                      *E-FILED 4/7/10*
8  MARKETING L.P.

9
                    UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
   EAGLE EMBLEMS, INC., J & S              CASE NO.  C04 03175 RMW ARB
14 SURPLUS,
                                           STIPULATION AND [XXXXXXX] ORDER
15              Plaintiffs,                REGARDING CONTINUANCE OF CASE
                                           MANAGEMENT CONFERENCE
16      v.
                                           Complaint Filed:   June 25, 2004
17 DELL, DELL U.S.A., DELL COMPUTER        Trial Date:   None set
   CORP., DELL MARKETING CORP.,
18 UNISYS CORP. and DOES 1 TO 20,

19              Defendants.

20

21

22

23

24

25

26

27

28

---

STIPULATION AND ORDER RE CONTINUANCE                    CASE NO. C04 03175 RNW
                                                                        ARB

1  WHEREAS, plaintiffs are proceeding with their claims against defendants in arbitration;

2  WHEREAS, the parties are proceeding with discovery, have taken three depositions since
3  the last continuance and have made some progress on settlement discussions.

4  WHEREAS, none of the parties wish to raise any issues with the Court at the Case
5  Management Conference currently scheduled for April 9, 2010;

6  The parties, subject to the approval of the Court, hereby stipulate that the Case
7  Management Conference is continued until October 22, 2010, at 10:30 a.m.

8  IT IS SO STIPULATED.

9  Dated: April 5, 2010                                DONAHUE GALLAGHER WOODS LLP

11                                                    By: _____
12                                                    John C. Kirke
                                                      Attorneys for Defendants
13                                                    UNISYS CORP., DELL, DELL U.S.A., DELL
                                                      COMPUTER CORP. and DELL MARKETING
14                                                    L.P.

15 Dated: April 5, 2010                               BECK & MATHIESEN

17                                                    By: _____
18                                                    David R. Beck
                                                      Attorneys for Plaintiffs
19                                                    EAGLE EMBLEMS, INC., J & S SURPLUS

20       PURSUANT TO STIPULATION, IT IS SO ORDERED.

21 Dated: 4/7/10                                      *Ronald M. Whyte*
22                                                    Ronald M. Whyte
                                                      United States District Court Judge