```
 1  David R. Beck, SBN 124372
    Beck & Mathiesen
 2  700 Frederick St., Ste. 306
    Santa Cruz, CA 95062
 3  (831)429-0181                          *E-FILED - 4/4/11*

 4  Attorney for Plaintiffs Eagle
    Emblems, Inc., and J & S Surplus
 5
```

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| EAGLE EMBLEMS, INC., J & S SURPLUS, | No. C04-03175 RMW ARB |
| Plaintiffs, | STIPULATION AND XXXXXXXXXX ORDER CONTINUING CMC |
| v. | |
| DELL, DELL U.S.A., DELL COMPUTER CORP., DELL MARKETING CORP., UNISYS CORP., AND DOES 1 TO 20, | |
| Defendants. | |

WHEREAS, the case has settled and the Settlement And Mutual Release Agreement is circulating for signatures at this time,

WHEREAS, the effectuation of the terms of the settlement cannot be complied with by the upcoming CMC on April 22, 2011,

THEREFORE, the parties, subject to approval of the Court, hereby stipulate that the CMC be continued to June 10, 2011, at 10:30 a.m..

1  IT IS SO STIPULATED.

2
3  Dated: 3-30-11                        DONAHUE, GALLAGHER WOODS LLP
4
                                          By: _____
5                                              John C. Kirke
                                               Attorneys for Defendants
6                                              UNISYS CORP., DELL, DELL
                                               U.S.A., DELL COMPUTER CORP.
7                                              and DELL MARKETING L.P.
8
9  Dated: 3/29/11                        BECK & MATHIESEN, APC
10
                                          By: _____
11                                             David R. Beck
                                               Attorneys for Plaintiffs
12                                             EAGLE EMBLEMS, INC. and
                                               J & S SURPLUS
13
14
15  PURSUANT TO STIPULATION, IT IS SO ORDERED.
16
17  Dated: 4/4/11                         *Ronald M. Whyte* (signature)
                                          _____
18                                        Ronald M. Whyte
                                          United States District Court Judge
19
20
21
22
23
24
25
26
27
28